IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PERETTE L. SHEPPARD,

    Plaintiff,

vs.                                    CASE NO. 5:09-cv-134/RS-EMT

DEL-JEN, INC.,

    Defendant.

_____/

## ORDER

Before me are Defendant's Motion to Dismiss Count II (Doc. 4) and Plaintiff's Motion to Remand to State Court (Doc. 16). Prior to filing her Motion, Plaintiff filed her First Amended Complaint (Doc. 15) in which she has deleted her federal claims of race discrimination and retaliation pursuant to 42 U.S.C. §§ 1981 and 2003. Only state claims remain.

The decision to exercise supplemental jurisdiction over state claims "rests within the discretion of the district court." *Raney v. Allstate Ins. Co.*, 370 F.3d 1086, 1088 (11th Cir. 2004) (citing *Mergens v. Dreyfoos*, 166 F.3d 1114, 1119 (11th Cir. 1999)). District courts are "encouraged" to dismiss remaining state claims when the federal claims have been dismissed prior to trial. *Raney*, 370 F.3d

at 1089 (citing *L.A. Draper & Son v. Wheelbrator-Frye, Inc.*, 735 F.2d 414, 428 (11th Cir. 1984)).

The relief requested by Plaintiff's Motion to Remand (Doc. 16) is **granted.**

**IT IS ORDERED:**

1. This case is **REMANDED** to the Circuit Court, Fourteenth Judicial Circuit of the State of Florida.

2. Plaintiff shall reimburse Defendant for the costs associated with removing the action to federal court up to $600.

3. Defendant's Motion to Dismiss Count II (Doc. 4) is **denied as moot.**

4. The clerk is directed to close the file.

**ORDERED** on May 15, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**